# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD E. WHEELER & LISA A. WHEELER  
14633 WHISPERING WIND WAY  
SOUTH BELOIT, IL  61080  

SSN-xxx-xx-7246 & xxx-xx-4863

Case Number: 04-72617

Case filed on: 5/18/2004  
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $90,028.69       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | IRWIN HOME EQUITY | 0.00 | 0.00 | 17,100.00 | 0.00 |
| 004 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 32,680.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 49,780.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 998 | RONALD E. WHEELER | 0.00 | 0.00 | 2,728.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,728.69 | 0.00 |
| 001 | FIRST AMERICAN CREDIT UNION | 14,464.25 | 14,464.25 | 14,464.25 | 1,107.64 |
|  | Total Secured | 14,464.25 | 14,464.25 | 14,464.25 | 1,107.64 |
| 002 | FIRST BANK FREEPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK NA | 2,528.78 | 2,528.78 | 630.54 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 10,806.25 | 10,806.25 | 2,694.48 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 9,730.45 | 9,730.45 | 2,426.24 | 0.00 |
| 008 | CITIFINANCIAL MORTGAGE COMPANY | 518.22 | 518.22 | 129.22 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 3,119.18 | 3,119.18 | 777.76 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 7,834.72 | 7,834.72 | 1,953.55 | 0.00 |
| 011 | GECCCC / KS MERCHANDISE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 863.51 | 863.51 | 215.31 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,694.21 | 2,694.21 | 671.79 | 0.00 |
| 014 | NAVY FEDERAL CREDIT UNION | 6,588.41 | 6,588.41 | 1,642.79 | 0.00 |
| 015 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NELNET LNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NORTHERN ILLINOIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 1,195.85 | 1,195.85 | 298.18 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 9,533.21 | 9,533.21 | 2,377.06 | 0.00 |
| 020 | RESURGENT CAPITAL SERVICES | 8,002.02 | 8,002.02 | 1,995.27 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 500.72 | 500.72 | 124.85 | 0.00 |
| 022 | ILLINOIS STUDENT ASSISTANCE COMM | 3,801.86 | 874.34 | 874.34 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 297.75 | 297.75 | 74.23 | 0.00 |
|  | Total Unsecured | 68,015.14 | 65,087.62 | 16,885.61 | 0.00 |
|  | Grand Total: | 85,079.39 | 82,151.87 | 86,458.55 | 1,107.64 |

Total Paid Claimant:   $87,566.19  
Trustee Allowance:   $2,462.50  
Percent Paid Unsecured:   25.94

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007         By  /s/Heather M. Fagan